**DISMISS; and Opinion Filed April 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01366-CV

**HELEN CLARK, Appellant**
**V.**
**THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC. ASSET-BACKED CERTIFICATES SERIES 2004-15, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04514-B**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcards dated November 1, 2013 and December 1, 2013, we notified appellant the time for filing her brief had expired. By order dated December 5, 2013, we granted appellant's second motion for extension of time to file her brief and ordered the brief filed by January 6, 2014. We cautioned appellant that no further extension of time would be granted absent extraordinary circumstances. By postcard dated January 21, 2014, we again notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


121366F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HELEN CLARK, Appellant

No. 05-12-01366-CV     V.

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE
CWABS INC. ASSET-BACKED
CERTIFICATES SERIES 2004-15,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-04514-B.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Evans participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellee THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE
CWABS INC. ASSET-BACKED CERTIFICATES SERIES 2004-15 , recover its costs of this
appeal from appellant HELEN CLARK.


Judgment entered this 7th day of April, 2014.



/Robert M. Fillmore/
_____
ROBERT M. FILLMORE
JUSTICE